[No. 4290.]

FORD ET AL. V. BECKWITH, SECRETARY OF STATE.

OPINION FOLLOWED.

This case is decided upon the opinion in the case of *Ford et al. v. Beckwith et al., ante* p. 95.

*Upon Review from the District Court of Arapahoe County.*

Mr. R. D. THOMPSON for petitioner.

Mr. H. N. HAWKINS for respondent.

*Per Curiam.*—This case is substantially similar to that of *Ford et al. v. Beckwith et al., ante* p. 95, and for the reasons therein given the application to review the judgment is denied, and the petition dismissed.

*Petition dismissed.*